UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD O'CONNELL,

                      Plaintiff,                  **SCHEDULING ORDER**

     -against-                              21-cv-170 (NSR) (AEK)

TOWN OF BEDFORD POLICE
DEPARTMENT, *et al.,*

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Tuesday, January 9, 2024, at 2:15 p.m.**

      On or before Friday, January 5, 2024, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  By January 2, 2024, Plaintiff must make at least one concrete settlement demand, and by January 5, 2024, Defendants must make at least one concrete settlement offer.  These figures must be reported in the pre-conference letters.  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      The Court typically requires parties – not just the attorneys – to attend settlement conferences.  Plaintiff must participate in the conference.  As individual municipal employees, however, Defendants Padilla and Callahan are not required to attend.  Instead, Defendants must have an appropriate decision-making representative from the Town of Bedford participate in the conference unless specifically excused by the Court.  Where liability insurance is involved, a

decision-making representative of the carrier also must attend unless specifically excused by the Court.

    This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: November 28, 2023
       White Plains, New York

                                              **SO ORDERED.**

*[signature: Andrew Krause]*

                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge