**MEMO ENDORSED**

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

April 23, 2024

**VIA ECF AND FACSIMILE:** (914) 390-4179

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: O'Connell v. Town of Bedford Police Department, et al.
Docket No.: 21 CV 00170 (NSR)
Our File No.: 1020. 107

Dear Judge Roman:

    We represent the Defendants in this matter and are writing, with the consent of Plaintiff's Counsel, to respectfully request an additional extension of time to file a summary judgment pre-motion letter from April 29, 2024 to May 29, 2024. This is our fifth request for this extension, and our fourth request after the initial settlement conference with Magistrate Judge Krause on January 5, 2024.

    We are making this request because the parties participated in a further settlement conference with Magistrate Judge Krause on April 18, 2024. During that settlement conference an issue arose that needs to be further investigated before negotiations could continue. Magistrate Judge Krause scheduled another settlement conference for May 2, 2024 to further discuss the remaining settlement issues.

    Based on the above, we respectfully request an extension of time to file a summary judgment pre-motion letter from April 29, 2024 to May 29, 2024. Thank you for your consideration of this matter.

Respectfully yours,

SILVERMAN & ASSOCIATES

Lewis R. Silverman

cc: **Via ECF and Email**

All Counsel of Record

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/2024

**Defendants' request for an extension of time is GRANTED. Pre-motion letter(s) seeking to file summary judgment motion(s) shall be filed by May 29, 2024, and response(s) thereto shall be filed by June 5, 2024. Alternatively, if settlement is reached, the parties shall notify the Court in writing by May 29, 2024.**

Dated: April 25, 2024
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE