MEMO ENDORSED

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/24/2024
```

May 23, 2024

**VIA ECF AND FACSIMILE:** (914) 390-4179

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    O'Connell v. Town of Bedford Police Department, et al.
            Docket No.: 21 CV 00170 (NSR)
            Our File No.: 1020. 107

Dear Judge Roman:

      We represent the Defendants in this matter and are writing, with the consent of Plaintiff's Counsel, to respectfully request an additional extension of time to file a summary judgment pre-motion letter from May 29, 2024 to June 28, 2024. This is our sixth request for this extension, and our fifth request after the initial settlement conference with Magistrate Judge Krause on January 5, 2024.

      We are making this request because the parties are scheduled for a further settlement conference with Magistrate Judge Krause on June 3, 2024. The parties have further investigated an issue involving the New York State Police and Fire Retirement System that mut be resolved before negotiations could continue..

      Based on the above, we respectfully request an extension of time to file a summary judgment pre-motion letter from May 29, 2024 to June 28, 2024. Thank you for your consideration of this matter.

                                      Respectfully yours,

                                      **SILVERMAN & ASSOCIATES**

                                      Lewis R. Silverman

cc:    **Via ECF and Email**

       All Counsel of Record

---

**Defendants' request for an extension of time is GRANTED. Pre-motion letter(s) seeking to file summary judgment motion(s) shall be filed by June 28, 2024, and response(s) thereto shall be filed by July 5, 2024. Alternatively, if settlement is reached, the parties shall notify the Court in writing by June 28, 2024.**

**Dated: March 24, 2024**
       **White Plains, NY**

SO ORDERED:

_/s/ Nelson S. Roman_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE